THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00219-MR

| | |
|---|---|
| **VENICE PI, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DOES 1-9,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 14, 2017, the Plaintiff Venice PI, LLC, brought this action against Does 1-9 ("Doe Defendants"), asserting claims of copyright infringement. [Doc. 1]. The Plaintiff sought leave to conduct early discovery in order to learn the identity of each Doe Defendant. [Doc. 4]. The Court granted that motion on August 18, 2017. [Doc. 5]. On November 14, 2017, the Plaintiff sought an extension of time within which to serve the Doe Defendants. [Doc. 8]. The Court granted this motion as well, giving the Plaintiff through and including February 14, 2018, to perfect service on the Defendants. [Doc. 9]. To date, however, there is nothing in the record to indicate that the Plaintiff has served the Defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The Plaintiff is hereby placed on notice that unless good cause is shown to the Court for his failure to effect service of the Summons and Complaint on the Doe Defendants within fourteen (14) days from service of this Order, the Plaintiff's action against these Defendants shall be dismissed without prejudice without further order.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall show good cause within fourteen (14) days of service of this Order for the failure to effect service on the Doe Defendants. Failure of the Plaintiff to respond in writing within fourteen (14) days shall result in a dismissal without prejudice of these Defendants without further order of the Court.

**IT IS SO ORDERED.**

Signed: February 16, 2018

Martin Reidinger
United States District Judge